

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01079-CV

Bianca **FOX**,
Appellant

v.

Mark Leon **WELLS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI11930
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs of appeal be assessed against appellant because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED May 8, 2024.

_____
Beth Watkins, Justice